IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TED JUSTIN WILLIAMS,

        Appellant,

 v.                                                      Case No.  5D22-1888
                                                         LT Case No. 2019-CF-17095-A

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Brevard County,
John M. Griesbaum, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

        AFFIRMED.

MAKAR, KILBANE and MACIVER, JJ., concur.